JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MERCADO, | Case No. CV 11-6262 DSF (AJWx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| ABSOLUTE COLLECTION SERVICES, | |
| Defendants. | |

The Court having previously issued two Orders to Show Cause re Dismissal for Lack of Prosecution, and Plaintiff having been given two extensions of time beyond the 120 days to serve process under Federal Rule of Civil Procedure 4(m), and thereafter Plaintiff having filed a First Amended Complaint, and the Court having granted one final extension to serve process, and Plaintiff having failed to timely respond,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

3/20/12

Dated:_____

_____
DALE S. FISCHER
United States District Judge